IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAY D. HAMILTON, SR.                                                                                          PLAINTIFF

v.                                              No. 4:15CV00071 JLH

PAS INC., *et al*.                                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed.

IT IS SO ORDERED this 27th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE